**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01698-MSK-KMT

VSSCO, INC. d/b/a ROCKY MOUNTAIN CYCLE PLAZA, INC., a Colorado corporation,

    Plaintiff,

v.

COREPOINTE INSURANCE COMPANY, a Delaware corporation,

    Defendant.

## STIPULATION OF DISMISSAL

NOW COME the parties to this matter, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that this matter be DISMISSED in its entirety without prejudice and with each party to bear its own costs. This matter may be dismissed without Court order because it is signed by counsel for all parties who have appeared.

Respectfully submitted this 27th day of July, 2018.

    */s/ Nathanael Archuleta*
    **David Furtado, Esq.**
    **Nathanael Archuleta, Esq.**
    **Matthew Hamblin, Esq.**
    Furtado Law PC
    3773 Cherry Creek North Dr., Ste. 575
    Denver, CO  80209
    (303) 755-2929
    Dfurtado@furtadolaw.com
    Nathanael@furtadolaw.com
    Matthew@furtadolaw.com

    ATTORNEYS FOR PLAINTIFF

*/s/ James M. Miletich*
**James M. Miletich**
McConnell Fleischner Houghtaling, LLC
Denver Corporate Center, Tower 1
4700 South Syracuse Street, Suite 200
Denver, CO 80237
(303) 480-0400
jmiletich@mfhlegal.com

and

*/s/ Rostyslaw J. Smyk*
**Rostyslaw J. Smyk, Esq.**
Ruberry, Stalmack & Garvey, LLC
10 South LaSalle Street
Suite 1800
Chicago, IL 60603
(312) 466-8050
ross.smyk@rsg-law.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 27th day of July, 2018, the foregoing **STIPULATION OF DISMISSAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

David Furtado (dfurtado@furtadolaw.com)
Nathanael Archuleta
(nathanael@furtadolaw.com)
Matthew Hamblin (matthew@furtadolaw.com)
Furtado Law, P.C.
3773 Cherry Creek North Drive, Suite 575
Denver, CO 80209
*Attorneys for Plaintiff*

Rostyslaw J. Smyk (ross.smyk@rsg-law.com)
Ruberry, Stalmack & Garvey, LLC
10 South LaSalle Street, Suite 1800
Chicago, IL 60603
*Attorneys for Defendant*

*/s/ Jayne Wills*
Jayne Wills, Legal Assistant